IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONVERGYS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FREEDOM WIRELESS, INC.,<br><br>    Defendant and<br>    Counterclaimant. | Case No. 2:06-CV-644-LRH-(GWF)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO CROSS MOTION TO STAY ARBITRATION**<br><br>**(FIRST REQUEST)** |

On December 11, 2006, Defendant/Counterclaim Plaintiff Freedom Wireless, Inc.'s ("Freedom Wireless") Cross Motion to Stay Arbitration ("Motion to Stay Arbitration") (Docket #124) was filed. On December 22, 2006, Plaintiff Convergys Corporations' ("Convergys") Opposition (Docket #133) to that Motion was filed. Pursuant to Fed. R. Civ. P. 6, LR 5-4, and LR 7-2, Freedom Wireless' Reply to Convergys' Opposition to the Motion to Stay Arbitration is due by January 5, 2007.

Convergys and Freedom Wireless hereby agree and stipulate, pursuant to LR 6-1, that the time by which Freedom Wireless must file its Reply to the Opposition will be extended by five (5) days until January 10, 2007. This is the first such extension sought in connection with this deadline. This extension is being sought because of scheduled vacations during the holiday season and prior travel arrangements that make it impracticable to file a Reply within the time period specified by the Local Rule. Counsel for Freedom Wireless and counsel for Convergys have, therefore, mutually agreed that this short extension is appropriate and will not delay the proceedings.

Dated: December 28, 2006

| | |
|---|---|
| FREEDOM WIRELESS, INC.<br>By its attorneys,<br><br>ALBRIGHT, STODDARD, WARNICK & ALBRIGHT<br><br>*/s/ #9873 for*<br>G. Mark Albright, Nev. Bar #001394<br>Albright, Stoddard, Warnick & Albright<br>801 South Rancho Dr., Suite D-4<br>Las Vegas, NV 89106<br><br><br>John Kenneth Felter (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109 | CONVERGYS CORPORATION<br>By its attorneys,<br><br>MORRIS PICKERING PETERSON & TRACHOK<br><br>*/s/*<br>Steve Morris, Nev. Bar #1543<br>Robert R. McCoy, Nev. Bar #9121<br>Morris Pickering Peterson & Trachok<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>Thomas F. Zych (admitted *pro hac vice*)<br>Matthew E. Liebson (admitted *pro hac vice*)<br>THOMPSON HINE LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114 |

## ORDER

IT IS SO ORDERED.

DATED: January 3, 2007

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE

LIBA/1754220.1